```
1   PAUL L. REIN, Esq. (SBN 43053)
    AARON M. CLEFTON, Esq.  (SBN 318680)
2   REIN & CLEFTON, Attorneys at Law
    200 Lakeside Drive, Suite A
3   Oakland, CA  94612
    Telephone:  510/832-5001
4   Facsimile:   510/832-4787
    info@reincleftonlaw.com
5
    Attorneys for Plaintiff
6   ROBERTA MARTINEZ

7   KIMBERLY AROUH (SBN 163285)
    kimberly.arouh@bipc.com
8   MICHAEL W. BOOTIER (SBN 326961)
    michael.bootier@bipc.com
9   BUCHANAN INGERSOLL & ROONEY LLP
    One America Plaza
10  600 West Broadway, Suite 1100
    San Diego, CA 92101
11  Telephone: 619 239 8700
    Fax: 619 702 3898
12
    Attorneys for Defendant
13  MANOR CARE OF FOUNTAIN VALLEY CA, LLC
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ROBERTA MARTINEZ | CASE NO. 8:22-cv-01294-FWS-KES |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | **NOTICE OF SETTLEMENT** |
| MANOR CARE OF FOUNTAIN VALLEY CA, LLC, | |
| Defendant. | |

Plaintiff ROBERTA MARTINEZ and Defendant MANOR CARE OF FOUNTAIN VALLEY CA, LLC, hereby notify the Court that the case has settled in its entirety. The Parties request that the Court vacate all currently set deadlines. However, the Parties request that the case not be dismissed so that the parties may finalize settlement documents and ensure execution of the settlement terms.  Once

the settlement documents have been executed and the settlement terms met, the parties will file a stipulated dismissal.

Date: October 5, 2022        REIN & CLEFTON

                                          */s/ Aaron M. Clefton*
By AARON M. CLEFTON, Esq.
Attorney for Plaintiff
ROBERTA MARTINEZ

Date: October 5, 2022        BUCHANAN INGERSOLL & ROONEY LLP

                                          */s/ Kimberly Arouh*
By KIMBERLY AROUH, Esq.
Attorney for Defendant
MANOR CARE OF FOUNTAIN VALLEY CA, LLC

## **FILER'S ATTESTATION**

Pursuant to Local Rules, I hereby attest that on October 5, 2022, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Kimberly Arouh, Esq. in the filing of this document.

                                          */s/ Aaron Clefton*
Aaron Clefton